# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN TOSCANO, | CV F 00-5923 OWW LJO P |
| Plaintiff, | |
| v. | ORDER STRIKING PLAINTIFF'S REPLY DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION (Doc. 110) |
| G. EMBREE, et. al., | |
| Defendants. / | |

Ben Toscano ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2005, Defendants filed a Motion for Summary Judgment. Plaintiff filed an Opposition to the Motion on February 28, 2005. On April 1, 2005, Defendants filed their Reply to Plaintiff's Opposition. On April 15, 2005, Plaintiff filed a Reply to Defendant's Reply

1

1  to his Opposition to the Motion for Summary Judgment.

2        The Local Rules provide for a Motion, an Opposition, and a Reply.  Local Rule 78-
3  230(c), (d).  However, neither the Local Rules nor the Federal Rules of Civil Procedure provide
4  the right to file a surreply, and the Court neither requested one from Plaintiff or granted him
5  permission to file one.  <u>See</u>, Rule 56, Fed.R.Civ.P.

6        Accordingly, the Court HEREBY ORDERS:

7      1.    Plaintiff's "Reply to Defendant's Reply to Plaintiff's Opposition to the Motion for
8          Summary Judgment" filed April 15, 2005, is STRICKEN from the record.

9  IT IS SO ORDERED.

10 **Dated:  August 24, 2005**          **/s/ Lawrence J. O'Neill**
    b9ed48                                    UNITED STATES MAGISTRATE JUDGE