UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN TOSCANO, | 1:00-cv-05923-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 112) |
| vs. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** (Doc. 90) |
| G. EMBREE, et al., | |
| Defendants. | **ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA** |

Plaintiff, Ben Toscano ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 25, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed August 25,
8 2005, are ADOPTED IN FULL;
9    2.   Defendant's pending motion for summary judgment, filed
10 January 28, 2005, is DENIED WITHOUT PREJUDICE; and,
11   3.   This case be TRANSFERRED to the United States District
12 Court for the Northern District of California.  See 28 U.S.C.
13 § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
14 1974).
15 IT IS SO ORDERED.
16 **Dated:   September 26, 2005**          **/s/ Oliver W. Wanger**
   emm0d6                              UNITED STATES DISTRICT JUDGE